IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                                                              Cr. No. H-10-813

IBA MWANGI LOWE

## NOTICE OF APPEAL

On this 16th day of July 2012, notice is hereby given that **IBA MWANGI LOWE**, defendant named above, hereby appeals the final judgment of conviction and sentence imposed on July 13, 2012, to the Fifth Circuit Court of Appeals.[1]

                                                Respectfully submitted,

                                                MARJORIE A. MEYERS
Federal Public Defender
Southern District of Texas
Texas State Bar No. 14003750
Southern District of Texas No. 3233

By  s/ Michael L. Herman
MICHAEL L. HERMAN
Asst. Federal Public Defender
Attorney in Charge
Texas State Bar No. 24015128
Southern District of Texas No. 25087
440 Louisiana, Suite 1350
Houston, TX  77002-1669
  (713)  718-4600
  (713)  718-4610 (facsimile)

---

[1] Iba Lowe reserved his right to appeal the denial of his motion to suppress in a conditional plea agreement entered into pursuant to Fed. R. Crim. P. 11(a)(2).

## CERTIFICATE OF SERVICE

    I, MICHAEL L. HERMAN, certify that on July 16, 2012, a copy of this Notice of Appeal was delivered by Notice of Electronic Filing to all counsel of record.

                                            s/ Michael L. Herman
                                            MICHAEL L. HERMAN